IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANET RIZZO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-03-0425 |
| | § | |
| WYETH, INC., f/k/a AMERICAN HOME PRODUCTS, | § § | |
| | § | |
| Defendant. | § | |

**ORDER**

The defendants filed an unopposed motion for leave to file a reply in support of their motion for partial consolidation, (Docket Entry No. 21). The motion is granted. The defendants may file a five-page reply on or before June 23, 2010.

SIGNED on June 14, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge